UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYN HART and AMANDA GLOVER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPROUTS FARMER'S MARKET, INC.,<br><br>Defendant. | Case No. 3:25-cv-00792-BTM-MSB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

1
2      The Court has reviewed the parties' Joint Motion to Extend Defendant's Responsive
3  Pleading.  For good cause shown, the joint motion is **granted**.  Defendant's responsive pleading
4  deadline is extended to May 26, 2025.
5      **IT IS SO ORDERED.**
6  Dated:  April 28, 2025

   Honorable Barry Ted Moskowitz
   United States District Judge